No. 78.—ELIZA B. DUFFIELD, plaintiff in error, *vs.* MARY TOBIN, defendant.

[1.] The question, whether the damages found by a Jury are excessive or not, is a question for the discretion of the Court.

Complaint for words, in Bibb.   Tried before Judge POWERS, May Term, 1856.

Eliza B. Duffield brought her action of "complaint for words," against Mary Tobin.   The defendant pleaded the "general issue" and "justification."

On the trial, evidence was introduced by the parties under their respective pleadings.

There was a verdict for plaintiff for $2.000.

The defendant then moved for a new trial, on the ground that the damages were excessive.   The Court granted the motion, on the ground (as stated by the Court) that any lar-

;ger sum than $500 was excessive, taking into consideration the rank and condition in life of the parties.

Plaintiff's Counsel excepted thereto, and assigns the same as error.

LANIER & ANDERSON, for plaintiff in error.

C. B. COLE; LAMAR & LOCHRAIN; SPEER, for defendant.

*By the Court.*—BENNING, J. delivering the opinion.

[1.] The question, whether the damages found by a Jury, are excessive or not, is a question for the discretion of the Court.

And in this case, we see nothing whatever, in the facts of it, to justify us in disturbing the disposition which the Court made of that question.

We therefore affirm the judgment of the Court below.